JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL DAMIAN MARTINEZ,<br><br>   Petitioner,<br><br>   vs.<br><br>A. HEDGPETH, Warden,<br><br>   Respondent. | Case No. CV 09-6280-CJC (DTB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that petitioner's request for an evidentiary hearing is denied and the Petition is denied and this action is dismissed with prejudice.

Dated: February 10, 2011

                  _____
                  CORMAC J. CARNEY
                  UNITED STATES DISTRICT JUDGE